UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :
                                        :   **ORDER**
     - v. -                             :
                                        :   S1 19 CR 443 (LAK)
CURTIS WILLIAMS,                        :
     a/k/a "Curt,"                      :
                                        :
          Defendant.                    :
                                        :
- - - - - - - - - - - - - - - - - - - -x

WHEREAS, the Court has referred to the magistrate judge on duty any change-of-plea proceeding in connection with the above-captioned case; and

WHEREAS, the Court understands that the defendant has requested to appear remotely for any change-of-plea proceeding;

THE COURT HEREBY FINDS, that further delay of the change-of-plea proceeding would result in serious harm to the interests of justice for the reasons described in the application of the parties dated December 21, 2020; and

THE COURT HEREBY ORDERS, that the anticipated change-of-plea proceeding is referred to the magistrate judge on duty to be conducted by video conference, and it is further ORDERED that the Clerk terminate Dkt. 58 and that time be excluded for Speedy Trial purposes to and including Jan. 29, 2021.

SO ORDERED.

Dated: New York, New York
       December 22, 2020

                                    THE HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK