


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2021

<u>By ECF</u>

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/21
```

Re:   *United States v. Curtis Williams*, S1 19 CR 443 (LAK)

Dear Judge Kaplan,

    The Government respectfully submits this letter on behalf of the parties to provide a status update to the Court. Previously, on or about December 22, 2020, the Court referred an anticipated change-of-plea hearing to the magistrate judge on duty, and the parties still expect to achieve a pre-trial disposition of the case. In particular, the parties now expect to appear before the magistrate judge on duty pursuant to that referral within the next approximately one month and will report to the Court following that appearance. In anticipation of this appearance, the Government requests, with the consent of the defendant, an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) from today, March 16, 2021, through April 12, 2021.

                                                   Respectfully submitted,

                                                   AUDREY STRAUSS
                                                 United States Attorney

                                          By: *Thomas John Wright*
                                              Thomas John Wright
                                              Assistant United States Attorney
                                              (212) 637-2295

cc: Deborah Colson (Counsel to Defendant Curtis Williams) (by ECF)

*Time excluded to and including 4/12/21. The Court finds that so doing outweighs the interests in a speedy trial of def. and the public for the reasons stated.*

**SO ORDERED**

*Lewis A. Kaplan*
**LEWIS A. KAPLAN, USDJ**      3/23/21