UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA      :
                                  :    **ORDER ACCEPTING THE PLEA**
         - v. -                :    **ALLOCUTION BEFORE A**
                                  :    **UNITED STATES**
CURTIS WILLIAMS,            :    **MAGISTRATE JUDGE**
    a/k/a "Curt,"            :
                                  :    S2 19 CR 443 (LAK)
               Defendant.     :
- - - - - - - - - - - - - - - - X

Lewis A. Kaplan, United States District Judge

       On April 14, 2021, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Ona T. Wang, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

       ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:    New York, New York
            June 21, 2021

                                             _____
                                             THE HONORABLE LEWIS A. KAPLAN
                                             UNITED STATES DISTRICT JUDGE
                                             SOUTHERN DISTRICT OF NEW YORK