UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

-against-                                              19-cr-0443 (LAK)

CURTIS WILLIAMS,

                Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant's medical conditions constitute exceptional circumstances warranting his continuation on bail pending sentencing. Accordingly, defendant is continued on bail pending sentence on the same terms and conditions to which he previously was subject and the additional condition that he appear for sentencing at the time and place fixed by the Court therefor.

       SO ORDERED.

Dated:      June 22, 2021

                                          Lewis A. Kaplan
                                    United States District Judge