```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :      **ORDER**
        - v. -                   :
                                 :      19 CR 443 (LAK)
CURTIS WILLIAMS,                 :
        a/k/a "Curt"             :
                                 :
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Thomas John Wright;

It is found that the Indictment in the above-captioned case that was originally filed on June 13, 2019 is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         November 9, 2021

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK