USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
UNITED STATES OF AMERICA                                    :
                                                            :
            - v. -                                          :     CONSENT PRELIMINARY ORDER
                                                                  OF FORFEITURE/
                                                            :     MONEY JUDGMENT
Curtis Williams,                                            :
      a/k/a "Curt,"                                         :     S2 19 Cr. 443 (LAK)
                                                            :
                        Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about April 14, 2021, CURTIS WILLIAMS, a/k/a "Curt," (the

"Defendant") was charged in a four-count Superseding Information, S2 19 Cr. 443 (LAK) (the

"Information"), with conspiracy to commit arson, in violation of Title 18, United States Code,

Section 844(n) (Count One); arson, in violation of Title 18, United States Code, Sections 844(i)

and 2 (Counts Two and Three); and conspiracy to distribute and possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 846 (Count Four);

        WHEREAS, the Information included a forfeiture allegation as to Counts One

through Three of the Information, seeking forfeiture to the United States, pursuant to Title 18,

United States Code, Section 982(a)(2)(B), of any and all property constituting, or derived from,

proceeds the Defendant obtained directly or indirectly as a result of the offenses charged in Counts

One through Three of the Information, including but not limited to a sum of money in United

States currency representing the amount of proceeds traceable to the commission of the offenses

charged in Counts One through Three of the Information, and pursuant to Title 18, United States

Code, Section 844(c), of any and all explosive materials involved or used or intended to be used

in the offenses charged in Counts One through Three of this Information;

        WHEREAS, on or about April 14, 2021, the Defendant pled guilty to Counts One

through Four of the Information, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(B), a sum of money in United States currency, representing any and all property constituting, or derived from, proceeds the Defendant obtained directly or indirectly as a result of the offenses charged in Counts One through Three of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $5,000 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Thomas John Wright of counsel, and the Defendant, and his counsel, Deborah Colson, Esq., that:

1.    As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $5,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, CURTIS WILLIAMS, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.     The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.     The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.     The Clerk of the Court shall forward three certified copies of this Consent

Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander

J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United

States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

        9.     The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   _Thomas John Wright_            11/9/2021
       THOMAS JOHN WRIGHT           DATE
       Assistant United States Attorney
       One St. Andrew's Plaza
       New York, NY 10007
       (212) 637-2295

CURTIS WILLIAMS

By:   _Curtis Williams_            11/9/21
       CURTIS WILLIAMS             DATE

By:   _Deborah Colson_            11/9/21
       DEBORAH COLSON, ESQ.        DATE
       Attorney for Defendant
       80 Broad Street, 19th Floor
       New York, NY 10004

SO ORDERED:

_Lewis A. Kaplan_            11/9/21
HONORABLE LEWIS A. KAPLAN       DATE
UNITED STATES DISTRICT JUDGE