U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021
```

December 20, 2021

**By ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Curtis Williams*, S1 19 CR 443 (LAK)

Dear Judge Kaplan,

At the defendant's sentencing on November 9, 2021 at 2:00 PM, the Government respectfully requested the Court to reserve issuance of any order of restitution pending a further submission from the Government reflecting additional forthcoming information from a victim of the arson scheme who continues to work with the Government to obtain additional records of the medical care that the victim received and for which the victim paid in part in connection with multiple grievous injuries suffered as a result of a fire that the defendant directed another person to set at the victim's residence in or about November 2011.  In particular, the Government requested leave to present an application for mandatory restitution on behalf of the defendant's victims following the imposition of sentence on or before December 20, 2021.  In order to ensure that this particular victim has the opportunity to obtain any appropriate restitution, the Government now respectfully requests three additional weeks in which to submit its application for mandatory restitution for both this victim and other victims on or before January 10, 2022.  Pursuant to 18 U.S.C. § 3664(d)(5), where a victim's losses are not ascertainable prior to sentencing, the Court is authorized to set a subsequent date for the final determination of those losses not to exceed 90 days after sentencing, which here is February 7, 2022.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Deborah Colson (Counsel to Defendant Curtis Williams) (by ECF)

# GRANTED
/s/ LAK (MAB)