UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | [Proposed]<br>Order of Restitution |
| v. | |
| CURTIS WILLIAMS,<br>a/k/a "Curt," | S2 19 CR 443 (LAK) |
| Defendant. | |

---

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Thomas John Wright, Assistant United States Attorney, of counsel; the presentence investigation report; the conviction of Defendant Curtis Williams on, *inter alia*, Count One of the above Information, which charged the defendant with participating in a conspiracy to commit arson, in violation of 18 U.S.C. § 844(n) ("Count One"); and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

The defendant shall pay restitution in the total amount of $15,000.00, pursuant to 18 U.S.C. § 3663; 18 U.S.C. § 3663A (MVRA), to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to each victim and insurer are set forth in the Schedule of Victims, which is attached hereto as Schedule A and whose definition of those victims as Victim #1, Victim #2, and Victim #3 and that insurer as Insurer are adopted herein. Upon advice by the United States Attorney's Office of a change of address of a victim or insurer, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    A. **Joint and Several Liability**

Restitution is joint and several in part and in particular in the amount of the restitution of $10,000.00 payable to Victim #1, Victim #2, and Insurer with the following defendant in the

following case: Defendant Daniel Melamed, S1 19 CR 443 (LAK). Pursuant to 18 U.S.C. § 3664(h), each defendant shall be required to pay up to the full amount imposed against that defendant unless or until Victim #1, Victim #2, and Insurer have received the full amount of the restitution, regardless of the source of the restitution, that was awarded to each victim by this Court in the following case: Defendant Daniel Melamed, S1 19 CR 443 (LAK).[1] Pursuant to 18 U.S.C. § 3664(h), the Court has apportioned liability among the defendants to reflect the economic circumstances of each defendant.

### B. Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a specified basis, as set forth more fully in Schedule A.

### 2. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

In the interest of justice, restitution shall be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).

The Defendant shall commence monthly installment payments of $500, payable on the first of each month, upon release from prison.

---

[1] In particular, the amount of restitution that was awarded to each victim by this Court against Defendant Daniel Melamed, S1 19 CR 443 (LAK), is $35,962.14 to Victim #1, $1,041.08 to Victim #2, and $20,000 to Insurer.

If the defendant defaults on the payment schedule set forth above, the Government may pursue other remedies to enforce the judgment.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card, or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the defendant shall contact the Clerk's Office for wiring instructions.

4. **Additional Provisions**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying the payment schedule consistent with the discovery of new or additional assets.

The Defendant shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

5. **Restitution Liability**

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

6. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

SO ORDERED:

_____  
THE HONORABLE LEWIS A. KAPLAN  
UNITED STATES DISTRICT JUDGE

1/19/22  
DATE