UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

-against-

CURTIS WILLIAMS

-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/23

**ORDER**

**19 CR 443 (LAK)**

Upon the application of defendant, Curtis Williams, through his counsel, Deborah Colson, it is hereby ORDERED:

That the United States Pretrial Services immediately release Mr. Williams' passport and return it by mail to his residence at ███████████████████████ 11417.

Dated:   New York, New York
         11/20, 2023

The Honorable Lewis A. Kaplan